# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Blake v. County of Kaua'i Planning Com'n | SCWC–11–0000342 | 01/08/2014 | Granted | |
| Lahaina Fashions, Inc. v. Bank of Hawai'i | SCWC–30644 | 01/24/2014 | Denied | 131 Hawai'i 437, 319 P.3d 356 |
| Minton v. Quintal | SCWC–11–0000317 | 01/08/2014 | Denied | 131 Hawai'i 167, 317 P.3d 1 |